IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| LEON TRAVIS HURD, | § | |
| TDCJ No. 696480, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-05-2992 |
| | § | |
| OFFICER COOPER, *et al.*, | § | |
| | § | |
|     Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 16th day of September, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge